Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346
mail@ch13bk.com
bkahlstorf@ch13bk.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re                                                         In Proceedings Under Chapter 13

MARK D MILLS,
SUZETTE P MILLS
                                                              Case No. 10-28505 PHX

               Debtor(s).              **TRUSTEE'S MOTION TO DISMISS CASE**
_____

    Russell Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 1307(c), moves to dismiss the case. The Debtor(s) have defaulted for about 3.1 months in plan payments, totaling $2443.00. The Trustee has not received from the Debtor(s) the income tax returns for 2011, 2012 and 2013. Pursuant to Local Rule 2084-15, the Court will grant the Motion unless by October 14, 2014, the Debtor(s): (1) Bring the Plan payments current and provide copies of the income tax returns to the Trustee; (2) File a Notice of Conversion to Chapter 7 and serve a copy on the Trustee; or (3) File a modified plan containing a moratorium of the delinquent Plan payments, or a motion for a moratorium, and serve it on all parties. A copy of this document was mailed to each party below on or before September 10, 2014:

PRO PER
, 00000-


MARK D MILLS
SUZETTE P MILLS
112 SOUTH 110TH DRIVE
AVONDALE, AZ85323


MARK D MILLS
SUZETTE P MILLS

MARK D MILLS
SUZETTE P MILLS
112 SOUTH 110TH DRIVE
AVONDALE, AZ    85323


>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>




>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

PRO PER
,     00000-

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

MARK D MILLS
SUZETTE P MILLS
2011, 2012 and 2013


>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>




>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>